UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:26-cr-11-MPB-CSW |
| | ) | |
| TONDA AVERY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAR 31 2026
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

**INFORMATION**

The United States Attorney charges that:

**GENERAL ALLEGATIONS**

**Background on Form 7202**

1. Form 7202 (Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals) allowed eligible self-employed individuals who were unable to work due to circumstances related to Coronavirus Disease 2019 ("COVID-19") to claim refundable tax credits ("SFL credits") on their tax year 2020 and 2021 individual income tax returns.

2. To qualify for an SFL credit, a taxpayer (a) must have conducted a trade or business that produced self-employment income within the meaning of Title 26, United States Code, Section 1402, and (b) must have been eligible—had the taxpayer been a traditional employee—to receive qualified sick leave wages under the Emergency Paid Sick Leave Act or qualified family leave wages under the Emergency Family and Medical Leave Expansion Act for specified COVID-19-related reasons.

**AVERY's Tax Return Preparation Business**

3. At times material to the charges in this Information, TONDA AVERY, the defendant herein, was in the business of preparing and assisting in the preparation of federal income tax returns through her business Diversity Tax Service, in Evansville, Indiana.

4. During at least 2021 and 2022, AVERY prepared false and fraudulent tax returns for taxpayers in the Southern District of Indiana, and then caused those returns to be filed with the Internal Revenue Service.

5. Among other schemes, AVERY prepared tax returns that included false Forms 7202. The Forms 7202 were false because the taxpayers (a) did not own or operate a business during the tax year, and/or (b) were not unable to work due to circumstances related to COVID-19 during the tax year. The false forms generally resulted in the taxpayers receiving larger refunds than they were entitled to receive.

6. AVERY added the false Forms 7202 to generate additional preparation fees, which she calculated based on the number and type of forms included with each return. She generally charged between $300 and $800 in additional fees for each fraudulent return, depending on whether she also created a false Schedule C (Profit or Loss From Business).

7. For tax years 2020 and 2021, AVERY prepared and filed approximately 123 tax returns with false Forms 7202, thereby causing a tax loss of approximately $965,203.

**COUNTS 1-5**
**26 U.S.C. § 7206(2)**
**Aiding and Assisting in the Preparation and**
**Presentation of a False and Fraudulent Tax Return**

8. Paragraphs 1 through 7 of this Information are incorporated herein.

9. Between on or about March 16, 2022 and May 18, 2022, within the Southern District of Indiana, TONDA AVERY, the defendant herein, willfully aided and assisted in, and

procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of Forms 1040 (U.S. Individual Income Tax Returns) for calendar years 2020 and 2021, which were false and fraudulent as to material matters, as set forth in each count below. Each tax return included a false and fraudulent Form 7202 (Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals). AVERY knew that none of the taxpayers were entitled to file a Form 7202 because none of the taxpayers were self-employed during the tax year, as required.

| Count | Date | Tax Year | Taxpayer |
|---|---|---|---|
| 1 | 3/16/2022 | 2021 | D.F. |
| 2 | 3/23/2022 | 2020 | L.L. |
| 3 | 3/23/2022 | 2021 | L.L. |
| 4 | 4/16/2022 | 2021 | S.C. |
| 5 | 5/18/2022 | 2021 | L.B. |

Each count of which is in violation of Title 26, United States Code, Section 7206(2).

THOMAS E. WHEELER II
United States Attorney

Matthew B. Miller
Assistant United States Attorney

Todd S. Shellenbarger
Chief, Evansville Branch